BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>v.<br><br>THOMAS BROWN HAMMOND,<br><br>                Defendant. | CASE NO.  2:11-CR-0481 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: April 10, 2012<br>Time: 9:30 a.m.<br>Court: Hon. John A. Mendez |

The parties, by and through their undersigned counsel, hereby ask the Court to continue judgment and sentencing in the above-captioned matter from April 10, 2012, to April 24, 2012 at 9:30 a.m. This stipulation was entered into following a request from the United States Probation Office.  The Probation Officer assigned to the case would like additional time to investigate the issue of restitution.

///

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

All filing deadlines for objections to the presentence report and sentencing memos will be adjusted accordingly.

Dated: March 21, 2012                Respectfully Submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney


                                By:  /s/ Kyle Reardon
                                     KYLE REARDON
                                     Assistant U.S. Attorney


Dated: March 21, 2012                /s/ Kyle Reardon for
                                     MATTHEW JACOBS
                                     Attorney for the Defendant

PDF created with pdfFactory trial version www.pdffactory.com

BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | ) CASE NO.  2:11-CR-0481 JAM |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| THOMAS BROWN HAMMOND, | ) |
| | ) |
| Defendant. | ) |
| | ) |

APPROVED AND SO ORDERED.


Dated:  3/21/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com