| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | MATTHEW G. JACOBS (SBN 122066)<br>DLA PIPER LLP (US)<br>400 Capitol Mall, Suite 2400<br>Sacramento, CA 95814-4428<br>Tel: 916.930.3200<br>Fax: 916.930.3201<br><br>Attorneys for Defendant<br>THOMAS HAMMOND |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS BROWN HAMMOND,<br><br>Defendant. | CASE NO. 2:11-CR-00481-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

The parties, by and through their undersigned counsel, hereby ask the Court to continue judgment and sentencing in the above-captioned matter from April 24, 2012, to May 22, 2012 at 9:30 a.m. This stipulation was entered into following a request from the United States Probation Office. The Probation Officer assigned to the case would like additional time to further investigate the issue of restitution.

All filing deadlines for objections to the presentence report and sentencing memos will be adjusted accordingly.

Dated: April 18, 2012              Respectfully submitted,

DLA PIPER LLP (US)


/s/ Matthew G. Jacobs
MATTHEW G. JACOBS
Attorneys for Thomas Hammond

-1-
WEST\229814878.1          STIPULATION TO CONTINUE SENTENCING    2:11-CR-00481-JAM

PDF created with pdfFactory trial version www.pdffactory.com

Dated: April 18, 2012        BENJAMIN B. WAGNER
                             United States Attorney


                             /s/ Kyle Reardon
                             KYLE REARDON
                             Assistant U.S. Attorney


**ORDER**

APPROVED AND SO ORDERED.

Dated: April 18, 2012

                             /s/ John A. Mendez
                             JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com