| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KYLE REARDON<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | (916) 554-2700<br>(916) 554-2900 FAX |



**FILED**

JUN 12 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | ) CASE NO. 2:11-CR-0481 JAM |
|---|---|
| Plaintiff, | ) **NOTICE OF CRIME VICTIMS' REQUEST**<br>) **TO BE REASONABLY HEARD PURSUANT TO** |
| v. | ) **18 U.S.C. § 3771** |
| THOMAS BROWN HAMMOND, | ) Date: June 12, 2012 |
| Defendant. | ) Time: 9:30 a.m.<br>) Court: Hon. John A. Mendez |

The United States, by and through the undersigned counsel, hereby notifies the Court that the following victims request to be reasonably heard at sentencing pursuant to 18 U.S.C. § 3771(a)(4):

1. Claudia W.

2. The Ryan Family

3. The B. Family

The following victims have requested that the United States be permitted to read a statement on their behalf at sentencing:

1. Diane T.

2. Shirley D.

3. Susan S.

4. The William S. Trustee

         5. Patricia G.

         The United States asks the Court to permit any victims not identified herein the opportunity to exercise their rights consistent with the Crime Victim Rights Act.

Dated: June 11, 2012                    Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                   By:
                                        /s/ Kyle Reardon
                                        KYLE REARDON
                                        Assistant U.S. Attorney

```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
   | KYLE REARDON
 2 | Assistant U.S. Attorney
   | 501 I Street, Suite 10-100
 3 | Sacramento, CA  95814
   | (916) 554-2700
 4 | (916) 554-2900 FAX
 5 |
 6 |
 7 |
 8 |            IN THE UNITED STATES DISTRICT COURT
 9 |              EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES,              ) CASE NO.  2:11-CR-0481 JAM
                                 )
12 |              Plaintiff,      )
                                 )
13 | v.                           ) **ORDER**
                                 )
14 | THOMAS BROWN HAMMOND,        )
                                 )
15 |              Defendant.      )
                                 )
16 | _____)
17 |
18 |     APPROVED AND SO ORDERED.
19 |
     Dated: 6-12-2012
20 |
                                 _____
21 |                             JOHN A. MENDEZ
                                 United States District Judge
22 |
23 |
24 |
25 |
26 |
27 |
28 |
```